1 | CHARLES N. SHEPHARD (SBN 078129)
CShephard@GreenbergGlusker.com
2 | JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
3 | GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
4 | 1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
5 | Telephone: 310.553.3610
Fax: 310.553.0687
6
7 | Attorneys for Defendants Jeffrey Spitz
Greenberg Glusker Fields Claman
& Machtinger LLP
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA

| | |
|---|---|
| ROBIN ROSEN, | Case No. SACV 11-01703-AG |
| Plaintiff, | *Assigned to: Hon. Andrew J. Guilford* |
| v. | **DECLARATION OF JEFFREY SPITZ IN SUPPORT OF DEFENDANTS JEFFREY SPITZ AND GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP'S MOTION TO STRIKE PLAINTIFF'S SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16 (ANTI-SLAPP STATUTE)** |
| RICHARD BOOTH; JEFFREY BRISKIN; BRISKIN, LATZANICH, & PENE; MARGARET CAHILL; CARROLL, KELLY, TROTTER, FRANZEN & MCKENNA; DAVID COSSMAN; MARGARET LEE COVEY; THE DOCTOR'S COMPANY; DENISE GREER; GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER; HERTZ CLAIMS SERVICE; ANDREA HILBERT; PAULA JENKINS; ALLEN JONES; JAMES KJAR; LEWIS, BRISBOIS, BISGAARD & SMITH; BRENDA LIGORSKY; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; FRANKLIN MOSER; THIEN NGUYEN; KATHERINE PENE; KURT OPENSHAW; THE COOPERATIVE OF AMERICAN PHYSICIANS; MUTUAL PROTECTION TRUST; DAVID PRUETT; BARBARA REARDON; | Date: January 23, 2012
Time: 10:00 a.m.
CrtRm: 10D

[Motion to Strike, Declaration of James R. Molen in Support Thereof and [Proposed] Order filed concurrently herewith]

Action Filing Date: November 7, 2011 |

99905-00251/1806494.1

DECLARATION OF JEFFREY SPITZ IN
SUPPORT OF MOTION TO STRIKE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ROBERT REBACK; REBACK, MCANDREWS, KJAR, WARFORD, STOCKALPER; TERRENCE SCHAFER; FRENI SILLONA; MARTIN SAVOIE; SUSAN SCHMID; SCHMID & VOILES; CINDY SHAPIRO; JAI SINGH; JEFFREY SPITZ; NANCY SMITH WELLS; ST. JOSEPH HOSPITAL; N. DENISE TAYLOR; TAYLOR BLESSEY; MICHAEL TROTTER; JOHN WEBER; BARRY ZELNER; and DOES 1 through 10,<br><br>                    Defendants. |

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99905-00251/1806494.1                    1                    DECLARATION OF JEFFREY SPITZ IN SUPPORT OF MOTION TO STRIKE

# DECLARATION OF JEFFREY SPITZ

I, Jeffrey Spitz, hereby declare:

1. I am an attorney at law duly licensed to practice in California and am a partner at Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker"). I am admitted to practice before all of the Federal Courts in California. I am named as a defendant in Plaintiff Robin Rosen's ("Plaintiff's") complaint. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2. In or about July, 2010, defendant David Cossman, M.D. was served with a complaint in the California state lawsuit entitled Rosen v. Singh (LASC Case No. BC441076) (the "State Lawsuit"). Dr. Cossman thereafter retained Greenberg Glusker to represent him in the State Lawsuit. I have been the attorney at Greenberg Glusker responsible for the representation of Dr. Cossman in that matter.

3. On August 10, 2010, Greenberg Glusker caused to be filed an answer on Dr. Cossman's behalf in the State Lawsuit. A true and correct copy of the Answer is attached hereto as Exhibit "A."

4. At or around the time that we filed Dr. Cossman's Answer, the law firm of Taylor Blessey LLP took over as Dr. Cossman's lead counsel in the State Lawsuit. Greenberg Glusker has remained associated as counsel with Taylor Blessey in the State Lawsuit, but has had no involvement in the litigation other than filing Dr. Cossman's initial Answer.

5. I have never met Plaintiff. I have never spoken with her, interacted

with her, or communicated directly or indirectly with her in any way. I have most certainly never threatened, intimidated, or coerced Plaintiff.

6. I have no knowledge, and have never had knowledge, of any plan by any of the other defendants, or anyone else, to threaten, intimidate, or coerce Plaintiff.

7. I have no knowledge, and have never had knowledge, of any plan by any of the other defendants, or anyone else, to defraud Plaintiff.

8. I have no knowledge, and have never had knowledge, of any plan by any of the other defendants, or anyone else, to act wrongfully toward Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2011, at Los Angeles, California.

/s/ Jeffrey Spitz
Jeffrey Spitz