1  CHARLES N. SHEPHARD (SBN 078129)
   CShephard@GreenbergGlusker.com
2  JAMES R. MOLEN (SBN 260269)
   JMolen@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Defendants Jeffrey Spitz
7  Greenberg Glusker Fields Claman
    & Machtinger LLP
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                      SANTA ANA

12

| | |
|---|---|
| 13  ROBIN ROSEN, | Case No.  SACV 11-01703-AG |
| 14              Plaintiff, | *Assigned to: Hon. Andrew J. Guilford* |
| 15  v. | **DECLARATION OF JAMES R. MOLEN IN SUPPORT OF DEFENDANTS JEFFREY SPITZ AND GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP'S MOTION TO STRIKE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION OF PLAINTIFF'S COMPLAINT PURSUANT TO C.C.P. §425.16 (ANTI-SLAPP STATUTE)** |
| 16  RICHARD BOOTH; JEFFREY BRISKIN; BRISKIN, LATZANICH, & PENE; MARGARET CAHILL; CARROLL, KELLY, TROTTER, FRANZEN & MCKENNA; DAVID COSSMAN; MARGARET LEE COVEY; THE DOCTOR'S COMPANY; DENISE GREER; GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER; HERTZ CLAIMS SERVICE; ANDREA HILBERT; PAULA JENKINS; ALLEN JONES; JAMES KJAR; LEWIS, BRISBOIS, BISGAARD & SMITH; BRENDA LIGORSKY; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; FRANKLIN MOSER; THIEN NGUYEN; KATHERINE PENE; KURT OPENSHAW; THE COOPERATIVE OF AMERICAN PHYSICIANS; MUTUAL PROTECTION TRUST; DAVID PRUETT; BARBARA REARDON; | |
| | Date:  January 23, 2012<br>Time:  10:00 a.m.<br>CrtRm:  10D |
| | [Motion to Strike, Declaration of Jeffrey Spitz in Support Thereof and [Proposed] Order filed concurrently herewith] |
| | Action Filing Date:  November 7, 2011 |

99905-00251/1806495.1

DECLARATION OF JAMES R. MOLEN IN
SUPPORT OF MOTION TO STRIKE

| | |
|---|---|
| 1 | ROBERT REBACK; REBACK, MCANDREWS, KJAR, WARFORD, STOCKALPER; TERRENCE SCHAFER; FRENI SILLONA; MARTIN SAVOIE; SUSAN SCHMID; SCHMID & VOILES; CINDY SHAPIRO; JAI SINGH; JEFFREY SPITZ; NANCY SMITH WELLS; ST. JOSEPH HOSPITAL; N. DENISE TAYLOR; TAYLOR BLESSEY; MICHAEL TROTTER; JOHN WEBER; BARRY ZELNER; and DOES 1 through 10, |
| | Defendants. |

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99905-00251/1806495.1

DECLARATION OF JAMES R. MOLEN IN SUPPORT OF MOTION TO STRIKE

# DECLARATION OF JAMES R. MOLEN

I, James R. Molen, hereby declare:

1. I am an attorney licensed to practice before this Court, and am an associate of Greenberg Glusker Fields Claman & Machtinger LLP, counsel for defendants Jeffrey Spitz and Greenberg Glusker Fields Claman & Machtinger herein. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could competently testify thereto under oath.

2. Pursuant to Local Rule 7-3, on December 14, 2011, I made a good faith effort to confer with counsel for Plaintiff Robin Rosen ("Plaintiff"), Glenn Rosen, regarding the concurrently filed Motion to Strike Plaintiff's Second, Third, Fourth and Fifth Causes of Action Pursuant to California Code of Civil Procedure § 425.16 (the Anti-SLAPP Statute). In this regard, I called Mr. Rosen at his telephone number of record, once in the morning, at or around 10:00 a.m., and once in the afternoon, at or around 2:30 p.m. On both occasions, I left a voicemail for Mr. Rosen and requested that he return my phone call to discuss this motion. Mr. Rosen was unresponsive to my efforts and, as of the date of this filing, he has not returned my calls.

Executed on December 19, 2011, at Los Angeles, California.

/s/ James R. Molen
James R. Molen

99905-00251/1806495.1       1       DECLARATION OF JAMES R. MOLEN IN SUPPORT OF MOTION TO STRIKE