# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROSEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD BOOTH, et al.,<br><br>　　　　Defendants. | Case No.:　SACV 11-1703 AG (RNBx)<br><br>**JUDGMENT**<br><br>JUDGE:　Hon. Andrew Guilford |

This action came on for hearing before the Court on March 12, 2012, the Honorable Andrew Guilford, District Court Judge presiding, on Motions to Dismiss, Motions to Strike and Motions for Sanctions. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Robin Rosen take nothing by her complaint, the action is dismissed on the merits, and judgment is

1
2   entered in favor of all of the Defendants, including those who did not specifically
3   file or join a Motion to Dismiss.
4       IT IS SO ORDERED.
5
6   DATED: April 25, 2012
7                              Hon. Andrew J. Guilford, Judge
                               United States District Court